**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7543**

———————

STANLEY EARL CORBETT, JR.,

             Plaintiff - Appellant,

     v.

G. J. BRANKER; CAPTAIN WADDELL; SERGEANT ANDINO; LT. WARREN,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Terrence W. Boyle,
District Judge.  (5:10-ct-03137-BO)

———————

Submitted:  January 23, 2013          Decided:  January 30, 2013

———————

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stanley Earl Corbett, Jr., Appellant Pro Se.   Lisa Yvette
Harper, Assistant Attorney General, Raleigh, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Earl Corbett, Jr., appeals the district court's orders granting summary judgment to the defendants on his claims under 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Corbett v. Branker, No. 5:10-ct-03137-BO (E.D.N.C. Feb. 6, 2012; Aug. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED